IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

2009 AUG -5 P 12: 13

CLERK US DIST COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | **SA09CR613FB**<br>CRIMINAL NO.<br>**INDICTMENT** |
| vs. | §<br>§ | [In violation of 18 U.S.C. § 924(a)(1)(A) - |
| JOSE CARLOS CASANOVA, JR.,<br>Defendant. | §<br>§<br>§ | False Statement While Purchasing A Firearm] |

THE GRAND JURY CHARGES:

**COUNT ONE**
**[18 U.S.C. § 924(a)(1)(A)]**

That on or about April 15, 2008, within the Western District of Texas, Defendant,

**JOSE CARLOS CASANOVA, JR.,**

in connection with and during the purchase or acquisition of one or more firearms at Nagel's Gun

Shop, Inc., in San Antonio, Texas, knowingly made a false statement and representation with respect

to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept

in the records of Nagel's Gun Shop, Inc., a firearms dealer licensed under the provisions of Chapter

44 of Title 18, United States Code, in that **JOSE CARLOS CASANOVA, JR.,** did execute ATF

Form 4473, Firearms Transaction Record, certifying that he was the actual buyer of the firearm

indicated on the Form 4473; whereas in truth and in fact **JOSE CARLOS CASANOVA, JR.,** was

purchasing the firearm for and on behalf of another individual, in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY

BY: _____
/SARAH WANNARKA
Assistant United States Attorney

2